IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

MORRIS ODUSANYA, JR.,
    Plaintiff,

v.                                                                Civil No. 3:21cv450 (DJN)

HENRICO POLICE DEPARTMENT, *et al.*,
    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on August 9, 2021, the Court conditionally docketed Plaintiff's action. (ECF No. 3.) At that time, the Court admonished Plaintiff that he "must immediately advise the Court of his new address in the event that he is transferred, released, or otherwise relocated while the action is pending." (ECF No. 3, at 3.) The Court further warned Plaintiff that "**FAILURE TO DO SO WILL RESULT IN DISMISSAL OF THE ACTION.**" (*Id.*)

By Memorandum Order entered on October 4, 2021, the Court granted Plaintiff leave to proceed *in forma pauperis* and filed this action. (ECF No. 7.) On October 15, 2021, the United States Postal Service returned the October 4, 2021 Memorandum Order to the Court marked, "RETURN TO SENDER," "UNABLE TO FORWARD," and, "Not at Jail." (ECF No. 9, at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address.

Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), this action will be DISMISSED WITHOUT PREJUDICE.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

An appropriate Order shall issue.

                                                    /s/
                                      David J. Novak
                                      United States District Judge

Richmond, Virginia
Dated: November 8, 2021